**VIRGINIA & AMBINDER, LLP**
By: Nicole Marimon, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Office Tel. No.: (212) 943-9080
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE B.A.C. LOCAL 5 PENSION FUND, TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, TRUSTEES OF THE NEW JERSEY B.A.C. ANNUITY FUND, TRUSTEES OF THE NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL PENSION FUND, TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and RICHARD TOLSON, as Administrator of B.A.C. ADMINISTRATIVE DISTRICT COUNCIL OF NEW JERSEY, <br><br> Plaintiffs, <br><br> -against- <br><br> PHOENIX CONTRACTORS, INC., <br><br> Defendant. | Case No. 18 cv 10937(KM)(JBC) <br><br> **ORDER** |

KEVIN MCNULTY, U.S.D.J.:

THIS MATTER having come before the court on the motion for default judgment (ECF Nos. 6-10) of Plaintiffs Trustees of the B.A.C. Local 5 Pension Fund, Trustees of the New Jersey B.A.C. Health Funds, Trustees of the New Jersey B.A.C. Annuity Fund, Trustees of the New Jersey BM&P Apprentice and Education Fund, Trustees of the Bricklayers & Allied Craftworkers International Pension Fund, Trustees of the International Masonry Institute, and Richard Tolson, as Administrator of B.A.C. Administrative District Council of New Jersey (collectively,

"Plaintiffs") against Defendant Phoenix Contractors, Inc.; and the motion being unopposed; and the Court having considered the moving papers and the entire case file; and for good cause shown:

IT IS on this 20th day of December, 2018,

ORDERED that Plaintiffs' motion for default judgment against Phoenix Contractors, Inc. (ECF No. 6) is GRANTED. A separate judgment shall be entered against Phoenix Contractors, Inc. for contributions, interest, liquidated damages, and attorneys' fees and costs.

After entry of the accompanying judgment, the clerk shall close the file.

Hon. Kevin McNulty, U.S.D.J.