**VIRGINIA & AMBINDER, LLP**
By: Nicole Marimon, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Office Tel. No.: (212) 943-9080
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE B.A.C. LOCAL 5 PENSION FUND, TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, TRUSTEES OF THE NEW JERSEY B.A.C. ANNUITY FUND, TRUSTEES OF THE NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL PENSION FUND, TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and RICHARD TOLSON, as Administrator of B.A.C. ADMINISTRATIVE DISTRICT COUNCIL OF NEW JERSEY, | Case No. 18 cv 10937(KM)(JBC)  **DEFAULT JUDGMENT** |
| Plaintiffs, | |
| -against- | |
| PHOENIX CONTRACTORS, INC., | |
| Defendant. | |

The Summons and Complaint in this action having been duly served on the above-named Defendant PHOENIX CONTRACTORS, INC. ("PHOENIX"), and said Defendant having failed to file an Answer to said Complaint, and said default having been duly noted and upon the annexed Declaration of Default Judgment,

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby:

ORDERED AND ADJUDICATED that Plaintiffs do recover of PHOENIX, the Defendant, with its principal place of business at 115 West State Street, 4th Floor, Media, Pennsylvania 19063,

in the amount of $22,416.30, consisting of (1) contributions to the Funds in the principal amount

of $13,182.07 plus interest in the amount of $4,863.04 and liquidated damages in the amount of

$2,636.42, (2) attorneys' fees and costs in the amount of $1,734.77;  plus (3) interest from August

3, 2018 through the date of judgment, (4) and such further legal, equitable, or other relief as the

court sees just and proper; and, that the plaintiffs have execution therefore.

12/20/2018

_____

Hon. Kevin McNulty, U.S.D.J.

This document was entered on the docket on

_____

-2-